MOORE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. Feb-

ruary 6, 1903.) Action by Mary E. Moore against the Metropolitan Street Railway Company. B. H. Ames, for appellant. R. R. Billington, for respondent. No opinion. Judgment and order affirmed, with costs.